1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone: 415/288-4545
   415/288-4534 (fax)
6  johng@lerachlaw.com
   shawnw@lerachlaw.com
7  mwinkler@lerachlaw.com
   abaig@lerachlaw.com
8
   Attorneys for Plaintiffs
9  Ralph D. Wilder and Sammy K. Doolittle

10  [Additional counsel appear on signature page.]

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14  RALPH D. WILDER, Derivatively on Behalf  )  No. C-07-1500-CW
    of SONIC SOLUTIONS,                      )
15                                           )  [PROPOSED] ORDER RELATING CASES
                             Plaintiff,      )
16                                           )
         vs.                                 )
17                                           )
    ROBERT J. DORIS, et al.,                 )
18                                           )
                             Defendants,     )
19                                           )
         – and –                             )
20                                           )
    SONIC SOLUTIONS, a California            )
21  corporation,                             )
                                             )
22                      Nominal Defendant.   )
                                             )
23

24  [Caption continued on following page.]

| | | |
|---|---|---|
| 1 | | |
| 2 | ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, ) ) | Case No. C-02344-CW |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | ROBERT J. DORIS, et al., ) ) | |
| 6 | Defendants, ) ) | |
| 7 | – and – ) ) | |
| 8 | SONIC SOLUTIONS, ) ) | |
| 9 | Nominal Defendant. ) ) | |
| 10 | JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, ) ) | Case No. C-07-03178-CW |
| 11 | Plaintiff, ) ) | |
| 12 | vs. ) ) | |
| 13 | ROBERT J. DORIS, et al., ) ) | |
| 14 | Defendants, ) ) | |
| 15 | – and – ) ) | |
| 16 | SONIC SOLUTIONS, ) ) | |
| 17 | Nominal Defendant. ) ) | |
| 18 | SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS, ) ) | Case No. C-07-03361-BZ |
| 19 | Plaintiff, ) ) | |
| 20 | vs. ) ) | |
| 21 | ROBERT J. DORIS, et al., ) ) | |
| 22 | Defendants, ) ) | |
| 23 | – and – ) ) | |
| 24 | SONIC SOLUTIONS, ) ) | |
| 25 | Nominal Defendant. ) ) | |
| 26 | | |
| 27 | | |
| 28 | | |

1  Having considered the Administrative Motion to Consider Whether Cases Should Be Related
2  filed by Sammy K. Doolittle pursuant to Civil L.R. 3-12(b) in the above-captioned case, and good
3  cause appearing therefor,
4  IT IS HEREBY ORDERED:
5  *Doolittle v. Doris, et al.*, 3:07-cv-03361-BZ, filed June 26, 2007, is related to *Wilder v.*
6  *Doris, et al.*, 4:07-cv-01500-CW, filed March 15, 2007; *Walter v. Doris, et al.*, 4:07-cv02344-CW,
7  filed April 30, 2007; and *Forseth v. Doris, et al.*, 3:07-cv-03178-JL, filed June 15, 2007.
8  IT IS SO ORDERED.

10  DATED: _____    _____
                                    THE HONORABLE CLAUDIA WILKEN
11                                  UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: July 2, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


_____
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA  90210
Telephone:  310/859-3100
310/278-2148 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\Sonic Solutions\ORD00043265.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 2, 2007.

      s/ John K. Grant
      JOHN K. GRANT

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:JohnKG@lerachlaw.com

# Mailing Information for a Case 3:07-cv-03361-BZ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M. Baig**
  AelishB@lerachlaw.com,KiyokoF@lerachlaw.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,KiyokoH@lerachla

- **Thomas Gilbertson Wilhelm**
  twilhelm@lerachlaw.com,e_file_sd@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachla

- **Monique Winkler**
  MoniqueW@lerachlaw.com,shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
```