SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792
     -and-
Eric L. Zagar
Robin Winchester
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| RALPH WILDER, Derivatively on Behalf of SONIC SOLUTIONS, INC.<br><br>              Plaintiff,<br><br>  v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>              Defendant,<br><br>  and<br><br>SONIC SOLUTIONS, INC.<br><br>              Nominal Defendant. | Case No. C 07-cv-1500-CW<br><br>**PROPOSED ORDER CONSOLIDATING RELATED ACTION, APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL** |

PROPOSED ORDER CONSOLIDATING RELATED ACTION, APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL
CASE NO. C 07-CV-1500-CW

1

*To be consolidated with:*

| | |
|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br>                Plaintiff,<br><br>                v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>                Defendant,<br>    and<br><br>SONIC SOLUTIONS,<br><br>                Nominal Defendant. | Case No.: 07-02344-CW |

*To be consolidated with:*

| | |
|---|---|
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br>                Plaintiff,<br><br>                v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>    and<br><br>SONIC SOLUTIONS,<br><br>                Nominal Defendant. | Case No.: 07-03178-CW |

| | |
|---|---|
| *To be consolidated with:* | |
| SAMMY K. DOLITTLE, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br>　　　　　　　Plaintiff,<br>　v.<br>ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A. CLAY LEIGHTON, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO, and R. WARREN LANGLEY,<br>　　　and<br>SONIC SOLUTIONS,<br>　　　　　　　Nominal Defendant. | Case No.: 07-03361-BZ |

**AND NOW**, upon consideration of the Amended Motion filed by Plaintiffs Andrew Walter and James Forseth to Consolidate Cases for All Purposes, Appoint Lead Plaintiffs and Appoint Lead Counsel, and any response thereto, and good cause appearing therefore, it is hereby ORDERED and DECREED as follows:

## I.  CONSOLIDATION OF ACTIONS

1.　The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Ralph D. Wilder v. Robert J. Doris, et. al.,* | C07-cv-1500-CW | March 15, 2007 |
| *Andrew Walter v. Robert J. Doris, et. al.,* | C07-cv-2344-CW | April 30, 2007 |
| *James Forseth v. Robert J. Doris, et. al.,* | C07-cv-03178-CW | June 15, 2007 |
| *Sammy K. Dolittle v. Robert J. Doris, et. al.,* | C07-cv-03361-BZ | June 26, 2007 |

2.　The caption of these consolidated actions shall be "In re Sonic Solutions Derivative Litigation" and the files of these consolidated actions shall be maintained in one file

1  under Master File No C07-cv-1500-CW. Any other derivative actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE SONIC SOLUTIONS DERIVATIVE LITIGATION ) ) ) | Master File No. C07-cv-1500-CW |
| ) ) | |
| This Document Relates To: ) ) | |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (e.g., "*Ralph D. Wilder v. Robert J. Doris, et. al.* C07-cv-1500-CW").

5. A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6. When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8. When a case which properly belongs as part of In re Sonic Solutions Derivative Litigation is filed in this Court or transferred to this Court from another court and assigned to Judge Claudia Wilken, the clerk of this Court shall:

    (a) Place a copy of this Order in the separate file for such action;

    (b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

    (c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of In re sonic Solutions Derivative Litigation.

## II. APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

9. Andrew Walter and James Forseth shall be appointed Lead Plaintiffs.

10. The law firm of Schiffrin Barroway Topaz & Kessler, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated Sonic Solutions shareholder derivative actions.

11. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of plaintiffs and such agreements shall be binding on plaintiffs.

### III. SCHEDULE

13. Lead Plaintiffs shall no later than forty-five (45) days from the entry of this Order file and serve a Consolidated Complaint. Defendants need not respond to any of the pre-existing complaints.

14. Defendants shall answer or otherwise respond to the Consolidated Complaint no later than forty-five (45) days from the date of service.

15. In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Plaintiffs shall file and serve their opposition within forty-five (45) days after the service of the motion.

16. If Defendants file and serve a reply to Plaintiffs' opposition, they will do so within fifteen (15) days after service of the opposition.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                               The Honorable Claudia Wilken
                                                               United States District Judge