SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94589
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

      -and-

Eric L. Zagar
Robin Winchester
Nichole Browning
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Proposed Lead Plaintiffs
Walter and Forseth and Proposed Lead Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RALPH WILDER, Derivatively on Behalf of SONIC SOLUTIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN, <br><br> Defendants, <br><br> and <br><br> SONIC SOLUTIONS, INC. <br><br> Nominal Defendant. | Case No. C 07-01500 CW <br><br> **DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER** <br><br> Date: August 7, 2007 <br> Time: 2:00 p.m. <br> Before: Hon. Claudia Wilken |

DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER.
CASE NO. C 07-01500 CW

1

| | | |
|---|---|---|
| 1 | ANDREW WALTER, Derivatively on | ) |
| 2 | Behalf of Nominal Defendant SONIC SOLUTIONS, | ) Case No. C 07-02344 CW |
| 3 | Plaintiff, v. | ) ) |

1  ANDREW WALTER, Derivatively on
2  Behalf of Nominal Defendant SONIC
   SOLUTIONS,                                    )  Case No. C 07-02344 CW
3                          Plaintiff,            )
                    v.                           )
4                                                )
   ROBERT J. DORIS, MARY C. SAUER,               )
5  JAMES A. MOORER, MICHAEL C.                   )
   CHILD, ROBERT M. GREBER, PETER J.             )
6  MARGUGLIO, R. WARREN LANGLEY,                 )
   A. CLAY LEIGHTON, KIRK PAULSEN,               )
7  MICHAEL J. COSTELLO and                       )
   CHRISTOPHER A. KRYZAN,                        )
8                                                )
                        Defendants,              )
9          and                                   )
                                                 )
10 SONIC SOLUTIONS,                              )
                                                 )
11                   Nominal Defendant.          )
                                                 )
12 ──────────────────────────────────
   JAMES FORSETH, Derivatively on                )
13 Behalf of Nominal Defendant SONIC             )
   SOLUTIONS,                                    )  Case No. C 07-03178 CW
14                       Plaintiff,              )
                    v.                           )
15                                               )
   ROBERT J. DORIS, MARY C. SAUER,               )
16 JAMES A. MOORER, MICHAEL C.                   )
   CHILD, ROBERT M. GREBER, PETER J.             )
17 MARGUGLIO, R. WARREN LANGLEY,                 )
   A. CLAY LEIGHTON, KIRK PAULSEN,               )
18 MICHAEL J. COSTELLO and                       )
   CHRISTOPHER A. KRYZAN,                        )
19                                               )
                        Defendants,              )
20         and                                   )
                                                 )
21 SONIC SOLUTIONS,                              )
                                                 )
22                   Nominal Defendant.          )
23

24

25

26

27

28 DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND
   JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND
   LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D.
   WILDER.
   CASE NO. C 07-01500 CW

SAMMY K. DOOLITTLE, Derivatively on )
Behalf of Nominal Defendant SONIC )
SOLUTIONS, )          Case No. C 07-03361 BZ
                          Plaintiff, )
        v. )
)
ROBERT J. DORIS, DAVID C. HABIGER, MARY )
C. SAUER, A. CLAY LEIGHTON, MARK ELY, )
ROBERT M. GREBER, PETER J. MARGUGLIO, )
and R. WARREN LANGLEY, )
)
                          Defendants, )
        and )
)
SONIC SOLUTIONS, )
)
                  Nominal Defendant. )

I, Robin Winchester, declare under penalty of perjury this 12th day of July, 2007:

1.      I am an Associate at the law firm of Schiffrin Barroway Topaz & Kessler, LLP. The following facts are true to my own personal knowledge and, if called upon to do so, I could and would completely testify to their truth. I submit this Declaration in Support of the Plaintiffs Andrew Walter's and James Forseth's Motion to Consolidate Cases and to Appoint Lead Plaintiffs and Lead Counsel, and in Opposition to the Motion of Sammy K. Doolittle and Ralph D. Wilder.

2.      Attached hereto as Exhibit A is a true and correct copy of the leadership structure order in *In re Ditech Networks, Inc., Derivative Litigation*, Master File No. C 06-05157 JF (N.D. Cal. Nov. 29, 2006).

3.      Attached hereto as Exhibit B is a true and correct copy of the leadership structure order in *Dossett v. Cline, et al.*, Master File No. C 06-03484 JF (N.D. Cal. July 13, 2006).

4.      Attached hereto as Exhibit C is a true and correct copy of the leadership structure order in *Chu v. Hughes, et al.*, Master File No. C 06-3513 JF MHP (N.D. Cal. Aug. 10, 2006).

5.      Attached hereto as Exhibit D is a true and correct copy of the leadership structure order in *Hergotz v. Sola, et al.*, Master File No. C 06-3783 JF (N.D. Cal. Aug. 31, 2006).

6.      Attached hereto as Exhibit E is a true and correct copy of the leadership structure order in *Kalindjian v. Antle, et al.*, Master File No. C 06-3440 JF (N.D. Cal. Sept. 6, 2006).

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my

2   knowledge, and that this Declaration was executed on July 12, 2007, at Radnor, Pennsylvania.

3

4

5                               /s/ Robin Winchester
                                ROBIN WINCHESTER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF PLAINTIFS ANDREW WALTER AND          4
     JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND
     LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D.
     WILDER.
     CASE NO. C 07-01500 CW

# EXHIBIT A

1    DARRYL P. RAINS (State Bar No. 104802)
    MORRISON & FOERSTER LLP
2    755 Page Mill Road
    Palo Alto, California 94304-1018
3    Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
4    Email: DRains@mofo.com

5    DIANE E. PRITCHARD (State Bar No. 96999)
    MORRISON & FOERSTER LLP
6    425 Market Street
    San Francisco, CA 94105-2482
7    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
8    Email: DPritchard@mofo.com

9    Attorneys for Defendants
    TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10   GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
    MANOLIU, and DITECH NETWORKS, INC.

11

12

13                 UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16

17   In re DITECH NETWORKS, INC.         Case No. C 06-05157 JF
    DERIVATIVE LITIGATION
18                          **STIPULATION AND**
                           **[PROPOSED] ORDER**
19                           **(1) RELATING AND**
                          **CONSOLIDATING RELATED**
20   This Document Relates To: All Actions     **ACTIONS, (2) APPOINTING CO-**
                          **LEAD PLAINTIFF AND CO-**
21                           **LEAD PLAINTIFFS' COUNSEL,**
                          **AND (3) RE-SETTING CASE**
22                           **MANAGEMENT CONFERENCE**

23

24       WHEREAS two actions were filed in this Court, *Donald W. Newman, Derivatively on*

25   *Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No.

26   C 06-05157 JF) ("*Newman*") and *James McKenna, Derivatively on Behalf of Nominal Defendant*

27   *Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05242 JF) ("*McKenna*"),

28

1  which purport to be derivative actions brought on behalf of Ditech Networks, Inc. ("Ditech")

2  against various individuals alleging that those defendants engaged in the improper backdating of

3  certain stock option grants during the period 1999 through 2001; and

4  　　　　WHEREAS the *Newman* and *McKenna* actions already have been (i) related pursuant to

5  this Court's orders entered October 2, 2006 in those actions, and (ii) consolidated as *In re Ditech*

6  *Networks, Inc. Derivative Litigation* (Case No. C 06-05157 JF), pursuant to this Court's order

7  entered November 7, 2006, a copy of which is attached hereto as Exhibit A ("Consolidation

8  Order"); and

9  　　　　WHEREAS the Consolidation Order provides that "[a]ny other actions now pending or

10  later filed in this Court which arise out of or are related to the same facts as alleged in [*Newman*

11  and *McKenna*] shall be consolidated for all purposes, if and when they are brought to the Court's

12  attention" (Exh. A at ¶ 2); and

13  　　　　WHEREAS a new action, entitled *Kenneth Lau, Derivatively on Behalf of Ditech*

14  *Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-6877 PVT) ("*Lau*"), has been

15  filed in this Court; and

16  　　　　WHEREAS the *Lau* complaint also purports to be brought derivatively on behalf of

17  Ditech, against many of the same defendants as the *Newman* and *McKenna* cases, and seeks relief

18  on behalf of the company arising out of alleged improper backdating of stock option grants since

19  1999; and

20  　　　　WHEREAS *Lau* arises out of or is related to the same facts as *Newman* and *McKenna* (see

21  Exh. A at ¶ 2), the actions concern substantially the same parties, property, transaction or event,

22  and it appears likely that there will be an unduly burdensome duplication of labor and expense if

23  the cases are conducted before different judges (*see* Civil L. R. 3-12(a)); and

24  　　　　WHEREAS Lerach Coughlin Stoia Geller Rudman & Robbins, Counsel for plaintiff

25  Kenneth Lau, and Schiffrin & Barroway, Counsel for plaintiffs Donald W. Newman and James

26  McKenna, have agreed to a structure by which Lau, Newman and McKenna will be Lead

27  Plaintiffs, with their counsel Lerach Coughlin and Schiffrin & Barroway serving as Co-Lead

28  Counsel in this action; and

1   WHEREAS nominal defendant Ditech Networks, Inc. takes no position as to the

2   appointment of Kenneth Lau, Donald W. Newman and James McKenna as Lead Plaintiffs and

3   Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-

4   Lead Counsel; and

5   WHEREAS a case management conference date set in one of the two originally

6   consolidated actions was vacated, but a case management conference set for December 1, 2006 in

7   the other action was not vacated; and

8   WHEREAS the Consolidation Order provides for the filing of a Consolidated Complaint

9   by December 22, 2006, with a response to the Consolidated Complaint due 45 days after the

10  service of the Consolidated Complaint, and sets out a briefing schedule for any motion to dismiss

11  (*see* Exh. A at ¶¶ 16-19); and

12  WHEREAS the parties believe it would serve the interests of judicial efficiency and

13  effective case management to conduct the case management conference after the *Lau* action has

14  been consolidated in this proceeding,

15  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiff Donald W.

16  Newman, plaintiff James McKenna, plaintiff Kenneth Lau, and defendant Ditech, through their

17  respective counsel of record, as follows:

18      1.    The *Lau* action should be related to and consolidated for all purposes with *In re*

19  *Ditech Networks, Inc. Derivative Litigation*, Case No. C 06-05157 JF, pursuant to the Court's

20  Consolidation Order, and all pleadings in *Lau* shall be filed in conformity with the Court's

21  Consolidation Order.

22      2.    A Consolidated Complaint including the *Newman*, *McKenna* and *Lau* claims,

23  which will supersede all existing complaints, including the *Lau* complaint, shall be filed and

24  served no later than December 22, 2006.

25      3.    The case management conference previously set in one of the consolidated actions

26  for December 1, 2006 at 10:30 a.m. should be re-set in the consolidated actions for February 23,

27  2007 at 10:30 a.m., in the Courtroom of the Honorable Jeremy Fogel.

28

1

Dated:  November 28, 2006

SCHIFFRIN & BARROWAY LLP
ERIC L. ZAGAR
SANDRA G. SMITH

2

3

Proposed Co-Lead Counsel for Plaintiffs

4

- and -

5

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
KATHRYN A. SCHOFIELD

6

7

8

Counsel for Plaintiffs Donald W. Newman
and James McKenna

9

10

By _____ s/ Sandra G. Smith _____

11

12

Dated:  November 28, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
WILLIAMS S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
SHAWN A. WILLIAMS

13

14

15

Proposed Co-Lead Counsel for Plaintiffs

16

- and -

17

SHUMAN & BERENS LLP
KIP B. SHUMAN

18

19

Counsel for Plaintiff Kenneth Lau

20

21

By _____ s/ Aelish Baig _____

22

23

24

25

26

27

28

1    Dated: November 28, 2006                    MORRISON & FOERSTER LLP
2                                                DARRYL P. RAINS
                                                 DIANE E. PRITCHARD
3

4                                                By _____ s/ Diane E. Pritchard _____
5                                                        Diane E. Pritchard
                                                 Counsel for Defendants DITECH
6                                                NETWORKS, INC., TIMOTHY K.
                                                 MONTGOMERY, WILLIAM J.
7                                                TAMBLYN, GREGORY M. AVIS,
                                                 WILLIAM A. HASLER, and ANDREI M.
8                                                MANOLIU

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2    Stipulation and [Proposed] Order (1) Relating and Consolidating Related Actions, (2) Appointing

3    Co-Lead Plaintiff and Co-Lead Plaintiffs' Counsel, and (3) Re-Setting Case Management

4    Conference. In compliance with General Order 45, X.B., I hereby attest that Sandra G. Smith and

5    Aelish Baig, attorneys for plaintiffs, have concurred in this filing.

6

7

8    Dated: November 28, 2006              MORRISON & FOERSTER LLP
                                           DARRYL P. RAINS
9                                          DIANE E. PRITCHARD

10

11                                         By _____s/ Diane E. Pritchard_____
                                                 Diane E. Pritchard
12                                         Counsel for Defendants DITECH
                                           NETWORKS, INC., TIMOTHY K.
13                                         MONTGOMERY, WILLIAM J.
                                           TAMBLYN, GREGORY M. AVIS,
14                                         WILLIAM A. HASLER, and ANDREI M.
                                           MANOLIU
15

16

17    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18
      Dated:  11/28/06
19                                         _____
                                                 Honorable Jeremy Fogel
20                                               United States District Judge

21

22

23

24

25

26

27

28

# EXHIBIT B



1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
    DARREN J. ROBBINS (168593)
3  TRAVIS E. DOWNS III (148274)
    655 West Broadway, Suite 1900
4  San Diego, CA 92101
    Telephone: 619/231-1058
5  619/231-7423 (fax)
    billl@lerachlaw.com
6  darrenr@lerachlaw.com
    travisd@lerachlaw.com
7
    SCHIFFRIN & BARROWAY, LLP
8  ERIC L. ZAGAR
    SEAN M. HANDLER
9  280 King of Prussia Road
    Radnor, PA 19087
10  Telephone: 610/667-7706
    610/667-7056 (fax)
11
    [Proposed] Co-Lead Counsel for Plaintiffs
12

         **E-filed
         7/13/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH DOSSETT, Derivatively on Behalf of Nominal Defendant McAFEE, INC., <br><br>                     Plaintiff, <br><br>     vs. <br><br> DENNIS L. CLINE, et al., <br><br>                Defendants, <br><br>     – and – <br><br> McAFEE, INC., <br><br>            Nominal Defendant. | No. 5:06-cv-03484-JF <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFFS AND CO-LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |

[Caption continued on following page.]

| | | |
|---|---|---|
| 1 | HEAVY & GENERAL LABORERS'<br>LOCALS 472 & 172 PENSION & ANNUITY<br>FUNDS, Derivatively on Behalf of McAFEE,<br>INC., | )<br>)<br>) | No. 5:06-cv-03620-JF |
| 2 | | ) | |
| 3 | | ) | |
| | Plaintiff, | ) | |
| 4 | | ) | |
| | vs. | ) | |
| 5 | | ) | |
| | GEORGE SAMENUK, et al., | ) | |
| 6 | | ) | |
| | Defendants, | ) | |
| 7 | | ) | |
| | – and – | ) | |
| 8 | | ) | |
| | McAFEE, INC., a Delaware corporation, | ) | |
| 9 | | ) | |
| | Nominal Defendant. | ) | |
| 10 | | ) | |

1    WHEREAS, there are two related shareholder derivative actions on behalf of nominal

2    defendant McAfee, Inc. pending before this Court:

3

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

6    WHEREAS, the two related *McAfee* shareholder derivative actions arise out of the same

7    transactions and occurrences and involve the same or substantially similar issues of law and fact,

8    and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

9    and

10    WHEREAS, defendants take no position as to the appointment of the Heavy & General

11    Laborers' Local 472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and

12    Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead

13    Counsel.

14    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

15    their respective counsel of record, as follows:

16    **I.    CONSOLIDATION OF ACTIONS**

17    1.    The following actions are hereby consolidated for all purposes, including pretrial

18    proceedings, trial and appeal:

19

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dossett v. Cline, et al.* | 5:06-cv-03484-JF | 05/31/06 |
| *Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds v. Samenuk, et al.* | 5:06-cv-03620-JF | 06/07/06 |

22    2.    The caption of these consolidated actions shall be "*In re McAfee, Inc. Derivative*

23    *Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

24    File No. 5:06-cv-03484-JF. Any other actions pending or later filed in this Court which arise

25    out of or are related to the same facts as alleged in the above-identified cases shall be consolidated

26    for all purposes, if and when they are brought to the Court's attention.

27

28

STIP & [PROPOSED] ORDER CONSOL CASES, APPOINTING LEAD PLTFS & CO-LEAD
COUNSEL, & SETTING SCHEDULE FOR FILING OF CONS COMPLAINT - 5:06-cv-03484-JF       - 1 -

1    3.    Every pleading filed in the consolidated actions, or in any separate action included

2  herein, shall bear the following caption:

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5                                SAN JOSE DIVISION

6  In re MCAFEE, INC. DERIVATIVE        )        Master File No. 5:06-cv-03484-JF
   LITIGATION                           )
7  _____          )
                                        )
8  This Document Relates To:            )
                                        )
                                        )
9
        4.    When a pleading is intended to be applicable to all actions governed by this Order,
10
   the words "All Actions" shall appear immediately after the words "This Document Relates To:" in
11
   the caption set out above.  When a pleading is intended to be applicable to only some, but not all, of
12
   the consolidated actions, this Court's docket number for each individual action to which the pleading
13
   is intended to be applicable and the abbreviated case name of said action shall appear immediately
14
   after the words "This Document Relates To:" in the caption described above (e.g., "No. 5:06-cv-
15
   03484-JF, Dossett v. Cline, et al.").
16
        5.    A Master Docket and a Master File hereby are established for the above consolidated
17
   proceedings and for all other related cases filed in or transferred to this Court.  Separate dockets shall
18
   continue to be maintained for each of the individual actions hereby consolidated, and entries shall be
19
   made in the docket of each individual case in accordance with the regular procedures of the clerk of
20
   this Court, except as modified by this Order.
21
        6.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"
22
   the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No
23
   further copies need be filed, and no other docket entries need be made.
24
        7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than
25
   all of the consolidated actions, the clerk will file such pleading in the Master File only but shall
26
   docket such filing on the Master Docket and the docket of each applicable action.
27

28

STIP & [PROPOSED] ORDER CONSOL CASES, APPOINTING LEAD PLTFS & CO-LEAD
COUNSEL, & SETTING SCHEDULE FOR FILING OF CONS COMPLAINT - 5:06-cv-03484-JF        - 2 -

1    8.    When a case which properly belongs as part of *In re McAfee, Inc. Derivative*

2  *Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge

3  Fogel, the clerk of this Court shall:

4          (a)    Place a copy of this Order in the separate file for such action;

5          (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

6  copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

7  their counsel in the newly-filed or transferred case; and

8          (c)    Make an appropriate entry on the Master Docket.  This Court requests the

9  assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

10  case which properly might be consolidated as part of *In re McAfee, Inc. Derivative Litigation.*.

11  **II.    APPOINTMENT OF LEAD DERIVATIVE PLAINTIFFS AND CO-LEAD**
12  **DERIVATIVE COUNSEL**

13    9.    Plaintiffs, Heavy & General Laborers' Locals 472 & 172 Pension & Annuity Funds

14  and Kenneth Dossett, shall be appointed Lead Plaintiffs.

15    10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

16  Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated

17  *McAfee* shareholder derivative actions.[1]

18    11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding

19  pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such

20  manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

21  or unproductive effort.

22    12.    Co-Lead Counsel shall be responsible for coordination of all activities and

23  appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No

24

25

26  [1]    Defendants take no position as to the appointment of the Heavy & General Laborers' Local
27  472 & 172 Pension & Annuity Funds and Kenneth Dossett as Lead Plaintiffs and Lerach Coughlin
Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Lead Counsel.

28

1   motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs
2   except through Co-Lead Counsel.

3       13.    Co-Lead Counsel also shall be available and responsible for communications to and
4   from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master
5   service list of all parties and their respective counsel.

6       14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or
7   other duly authorized representatives of plaintiffs, and such agreements shall be binding on
8   plaintiffs.

9   **III.    SCHEDULE**

10      15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a
11  Consolidated Complaint which will supersede all existing complaints filed in these actions.
12  Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of
13  the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,
14  or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with
15  respect to any defendant named in any of the consolidated actions by serving the Consolidated
16  Complaint on that defendant's counsel.

17      16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no
18  later than 45 days from the date of service. In the event that defendants file and serve any motion
19  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days
20  after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,
21  they will do so within 15 days after service of the opposition.

22      IT IS SO STIPULATED.

23  DATED: July 10, 2006            LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
24                                    WILLIAM S. LERACH
                                  DARREN J. ROBBINS
25                                    TRAVIS E. DOWNS III

26

27                                 s/ TRAVIS E. DOWNS III
                                  TRAVIS E. DOWNS III
28

1

2          655 West Broadway, Suite 1900
           San Diego, CA 92101
           Telephone: 619/231-1058
3          619/231-7423 (fax)

4          I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this
           *STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby*
5          *attest that Sean M. Handler has concurred in this filing.*

6

7    DATED: July 10, 2006          SCHIFFRIN & BARROWAY, LLP
                                    ERIC L. ZAGAR
8                                   SEAN M. HANDLER

9
                                          s/ SEAN M. HANDLER
10                                        SEAN M. HANDLER

11                                  280 King of Prussia Road
                                    Radnor, PA 19087
12                                  Telephone: 610/667-7706
                                    610/667-7056 (fax)
13
                                    [Proposed] Co-Lead Counsel for Plaintiffs
14
                                    GREEN WELLING, LLP
15                                  ROBERT S. GREEN
                                    595 Market Street, Suite 2750
16                                  San Francisco, CA 94105
                                    Telephone: 415/477-6700
17                                  415/477-6710 (fax)

18                                  Attorneys for Plaintiffs

19         I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this
           *STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby*
20         *attest that Gregory L. Watts has concurred in this filing.*

21

22   DATED: July 10, 2006          WILSON SONSINI GOODRICH & ROSATI
                                    BORIS FELDMAN
23                                  NINA F. LOCKER
                                    GREGORY L. WATTS

24

25                                        s/ GREGORY L. WATTS
                                          GREGORY L. WATTS

26

27

28

1

2   650 Page Mill Road
    Palo Alto, CA 94304
3   Telephone: 650/493-9300
    650/493-6811 (fax)

4   Counsel for Nominal Defendant McAfee, Inc.
    and Individual Defendants George Samenuk, Eric
5   F. Brown, Kevin Weiss, Leslie G. Denend,
    Robert M. Cutkowsky, Denis O'Leary, Robert
6   W. Pangia, Robert B. Bucknam, Liane Wilson,
    and Dale L. Fullers

7                    *        *        *

8                        **O R D E R**

9      PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11  DATED:  _____7/12/06_____

12                          THE HONORABLE JEREMY FOGEL
                            UNITED STATES DISTRICT JUDGE

13  S:\CasesSD\McAfee Derivative\STP00032444.doc

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7
                                        s/ TRAVIS E. DOWNS III
8                                       TRAVIS E. DOWNS III

9                                       LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
10                                      655 West Broadway, Suite 1900
                                        San Diego, CA 92101
11                                      Telephone: 619/231-1058
                                        619/231-7423 (fax)
12                                      E-mail: Travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03484-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Clay Basser-Wall**
  cbasserwall@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
James H Miller
Schriffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087
```

# EXHIBIT C

1

2

3

4

5

6                                                                    **E-filed 8/10/06**

7

8

9

10

11

12

13                          UNITED STATES DISTRICT COURT

14                          NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN JOSE DIVISION

16    HOWARD CHU, Derivatively On Behalf of  )    No. C-06-3513-JF
      Nominal Defendant RAMBUS INC.,         )
17                                           )    [PROPOSED] ORDER GRANTING
                            Plaintiff,       )    PLAINTIFFS' MOTIONS TO
18                                           )    CONSOLIDATE RELATED CASES AND
            vs.                              )    APPOINT LEAD PLAINTIFF AND LEAD
19                                           )    COUNSEL
      HAROLD HUGHES, et al.,                 )
20                                           )
                            Defendants,      )
21                                           )
            – and –                          )
22                                           )
      RAMBUS INC.,                           )
23                                           )
                            Nominal Defendant.)

24    ─────────────────────────────────────

25    [Caption continued on following page.]

26

27

28



1  ROLAND BIBEAU, Derivatively On Behalf of)    No. C-06-3921-JF
   Nominal Defendant RAMBUS INC.,            )
2                                            )
                        Plaintiff,           )
3                                            )
          vs.                                )
4                                            )
   HAROLD HUGHES, et al.,                    )
5                                            )
                        Defendants,          )
6                                            )
          – and –                            )
7                                            )
   RAMBUS INC.,                              )
8                                            )
                   Nominal Defendant.        )
9  _____)
   GAETANO RUGGIERI, Derivatively On         )    No. C-06-4153-RMW
10 Behalf of RAMBUS INC.,                    )
                                             )
11                      Plaintiff,           )
                                             )
12        vs.                                )
                                             )
13 HAROLD HUGHES, et al.,                    )
                                             )
14                      Defendants,          )
                                             )
15        – and –                            )
                                             )
16 RAMBUS INC., a Delaware corporation,      )
                                             )
17                 Nominal Defendant.        )
                                             )
18
19
20
21
22
23
24
25
26
27
28

1    Motions to Consolidate Actions and Appoint Lead Plaintiff and Lead Counsel (the

2  "Motions") came on for hearing in the ordinary course. Having considered the papers submitted in

3  support of and in response to the Motions, the argument of counsel, if any, and for good cause

4  shown, the Court ORDERS as follows:

5  **I.    CONSOLIDATION OF ACTIONS**

6    1.    The following actions are hereby consolidated for all purposes, including pretrial

7  proceedings, trial and appeal:

8

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Chu v. Hughes, et al.* | C 06-3513-JF | March 31, 2006 |
| *Bibeau v. Hughes et al.* | C 06-3921-JF | June 23, 2006 |
| *Ruggieri v. Hughes, et al.* | C 06-4153-RMW | July 5, 2006 |

11    2.    The caption of these consolidated actions shall be "*In re Rambus Inc. Derivative*

12  *Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

13  File No. C-06-3513-JF. Any other actions now pending or later filed in this Court which arise out of

14  or are related to the same facts as alleged in the above-identified cases shall be consolidated for all

15  purposes, if and when they are brought to the Court's attention.

16    3.    Every pleading filed in the consolidated actions, or in any separate action included

17  herein, shall bear the following caption:

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                           SAN JOSE DIVISION

21  In re RAMBUS INC.  DERIVATIVE        )        Master File No. C-06-3513-JF
22  LITIGATION                          )
                                        )
23  _____ )
    This Document Relates To:           )
24  _____ )

25    4.    When a pleading is intended to be applicable to all actions governed by this Order,

26  the words "All Actions" shall appear immediately after the words "This Document Relates To:" in

27  the caption set out above. When a pleading is intended to be applicable to only some, but not all, of

28  the consolidated actions, this Court's docket number for each individual action to which the pleading

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO CONSOLIDATE
RELATED CASES &APPOINT LEAD PLAINTIFF AND LEAD COUNSEL - C-06-3513-JF        - 1 -

1   is intended to be applicable and the abbreviated case name of said action shall appear immediately

2   after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. 5:06-cv-

3   03921-JF, *Bibeau v. Hughes, et al.*").

4       5.      A Master Docket and a Master File hereby are established for the above consolidated

5   proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

6   continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

7   made in the docket of each individual case in accordance with the regular procedures of the clerk of

8   this Court, except as modified by this Order.

9       6.      When a pleading is filed and the caption shows that it is applicable to "All Actions,"

10  the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

11  further copies need be filed, and no other docket entries need be made.

12      7.      When a pleading is filed and the caption shows that it is to be applicable to fewer than

13  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

14  docket such filing on the Master Docket and the docket of each applicable action.

15      8.      When a case which properly belongs as part of *In re Rambus Inc. Derivative*

16  *Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge

17  Fogel, the clerk of this Court shall:

18          (a)     Place a copy of this Order in the separate file for such action;

19          (b)     Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

20  copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

21  their counsel in the newly-filed or transferred case; and

22          (c)     Make an appropriate entry on the Master Docket. This Court requests the

23  assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

24  case which properly might be consolidated as part of *In re Rambus Inc. Derivative Litigation.*

25  **II.     APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL**

26      9.      Plaintiffs Howard Chu and Gaetano Ruggieri shall be appointed Lead Plaintiffs.

27

28

1      10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

2  Schiffrin & Barroway, LLP shall be appointed Lead Counsel for plaintiffs in the consolidated

3  Rambus shareholder derivative actions.

4      11.    Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial

5  and trial procedure and settlement negotiations, and shall make all work assignments in such manner

6  as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or

7  unproductive effort.

8      12.    Lead Counsel shall be responsible for coordination of all activities and appearances

9  on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion,

10  request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except

11  through Lead Counsel.

12      13.    Lead Counsel also shall be available and responsible for communications to and from

13  this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service

14  list of all parties and their respective counsel.

15      14.    Defendants' counsel may rely upon all agreements made with Lead Counsel, or other

16  duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

17  **III.    SCHEDULE**

18      15.    Plaintiffs shall no later than 45 days from the entry of this Order file and serve a

19  Consolidated Complaint which will supersede all existing complaints filed in these actions.

20  Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

21  the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

22  or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

23  respect to any defendant named in any of the consolidated actions by serving the Consolidated

24  Complaint on that defendant's counsel.

25      16.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

26  later than 45 days from the date of service. In the event that defendants file and serve any motion

27  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

28

1  after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2  they will do so within 15 days after service of the opposition.

3      IT IS SO ORDERED.

4  DATED:    8/9/06

5                                    THE HONORABLE JEREMY FOGEL
                                     UNITED STATES DISTRICT JUDGE

6

7  Submitted by:

8  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   DARREN J. ROBBINS
9  TRAVIS E. DOWNS III
   BENNY C. GOODMAN III
10 THOMAS G. WILHELM

11        s/ TRAVIS E. DOWNS III
          TRAVIS E. DOWNS III
12

13 655 West Broadway, Suite 1900
   San Diego, CA  92101
14 Telephone:  619/231-1058
   619/231-7423 (fax)
15
   LERACH COUGHLIN STOIA GELLER
16   RUDMAN & ROBBINS LLP
   SHAWN A. WILLIAMS
17 100 Pine Street, Suite 2600
   San Francisco, CA  94111
18 Telephone:  415/288-4545
   415/288-4534 (fax)
19
   SCHIFFRIN & BARROWAY, LLP
20 ERIC L. ZAGER
   SEAN M. HANDLER
21 280 King of Prussia Road
   Radnor, PA  19087
22 Telephone:  610/667-7706
   610/667-7056 (fax)
23
   [Proposed] Lead Counsel for Plaintiffs
24
   S:\CasesSD\Rambus Derivative\ORD 00033487 (Non_Opp).doc
25

26

27

28

   [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO CONSOLIDATE
   RELATED CASES &APPOINT LEAD PLAINTIFF AND LEAD COUNSEL - C-06-3513-JF      - 4 -

1

CERTIFICATE OF SERVICE

2          I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the e-mail

4    addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5    mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6    participants indicated on the attached Manual Notice List.

7
                                    s/ TRAVIS E. DOWNS III
8                                   TRAVIS E. DOWNS III

9                                   LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
10                                  655 West Broadway, Suite 1900
                                    San Diego, CA 92101
11                                  Telephone: 619/231-1058
                                    619/231-7423 (fax)
12                                  E-mail: travisd@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03513-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrice L. Bishop**
  service@ssbla.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Randolph Gaw**
  rgaw@wsgr.com lmontoya@wsgr.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Sean M. Handler, Esq**
  ecf_filings@sbclasslaw.com nwortman@sbclasslaw.com

- **Todd Mosser**
  tmosser@sbclasslaw.com dpotts@sbclasslaw.com

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# EXHIBIT D



1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP                               **E-filed 8/31/06**
2  SHAWN A. WILLIAMS (213113)
   MARIA V. MORRIS (223903)
3  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
4  San Francisco, CA  94111
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@lerachlaw.com
6  mariam@lerachlaw.com
   moniquew@lerachlaw.com
7       – and –
   TRAVIS E. DOWNS III (148274)
8  BENNY C. GOODMAN III (211302)
   THOMAS G. WILHELM (234980)
9  655 West Broadway, Suite 1900
   San Diego, CA  92101
10 Telephone:  619-231-1058
   619/231-7423 (fax)
11 travisd@lerachlaw.com
   bennyg@lerachlaw.com
12 twilhelm@lerachlaw.com

13 Attorneys for Plaintiff

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17 WILLIAM HERGOTZ, Derivatively on Behalf)   No. C-06-3783-JF
   of Nominal Defendant SANMINA-SCI       )
18 CORPORATION,                           )   STIPULATION AND [PROPOSED] ORDER
                                          )   CONSOLIDATING CASES FOR ALL
19                          Plaintiff,    )   PURPOSES, APPOINTING LEAD
                                          )   PLAINTIFFS AND CO-LEAD COUNSEL
20       vs.                              )   AND SETTING SCHEDULE FOR FILING
                                          )   OF CONSOLIDATED COMPLAINT
21 JURE SOLA, et al.,                     )
                                          )
22                          Defendants,   )
                                          )
23       – and –                          )
                                          )
24 SANMINA-SCI CORPORATION,               )
                                          )
25                     Nominal Defendant. )
                                          )
26 ─────────────────────────────────────
   [Caption continued on following page.]
27

28



1   KENNETH SAUNDERS, Derivatively on          )   No. C-06-03804-JF(HRL)
    Behalf of Nominal Defendant SANMINA-SCI    )
2   CORPORATION,                               )
                                               )
3                        Plaintiff,            )
                                               )
4        vs.                                   )
                                               )
5   JURE SOLA, et al.,                         )
                                               )
6                        Defendants,           )
                                               )
7        – and –                               )
                                               )
8   SANMINA-SCI CORPORATION,                   )
                                               )
9                   Nominal Defendant.         )
                                               )
10  WOLLASTON G. MORIN, IN THE RIGHT           )   No. C-06-04260-RMW(HRL)
    OF AND FOR THE BENEFIT OF                  )
11  SANMINA-SCI CORPORATION,                   )
                                               )
12                       Plaintiff,            )
                                               )
13       vs.                                   )
                                               )
14  JURE SOLA, et al.,                         )
                                               )
15                       Defendants,           )
                                               )
16       – and –                               )
                                               )
17  SANMINA-SCI CORPORATION,                   )
                                               )
18                  Nominal Defendant.         )
                                               )
19

20  [Caption continued on following page.]

21

22

23

24

25

26

27

28



1   ALASKA ELECTRICAL PENSION FUND,                )   No. C-06-4389-JW(HRL)
    Derivatively on Behalf of SANMINA-SCI          )
2   CORPORATION,                                    )
                                                    )
3                           Plaintiff,              )
                                                    )
4        vs.                                        )
                                                    )
5   JURE SOLA, et al.,                              )
                                                    )
6                           Defendants,             )
                                                    )
7        – and –                                    )
                                                    )
8   SANMINA-SCI CORPORATION, a Delaware )
    corporation,                                    )
9                                                   )
                            Nominal Defendant.     )
10                                                  )
    _____       )
11  WILLIAM A. HALLETT, JR., et al.,               )   No. C-06-04494-PVT
    Derivatively on Behalf of SANMINA-SCI          )
12  CORPORATION,                                    )
                                                    )
13                          Plaintiffs,             )
                                                    )
14       vs.                                        )
                                                    )
15  JURE SOLA, et al.,                              )
                                                    )
16                          Defendants,             )
                                                    )
17       – and –                                    )
                                                    )
18  SANMINA-SCI CORPORATION, a Delaware )
    corporation,                                    )
19                                                  )
                            Nominal Defendant.     )
20  _____       )

21

22

23

24

25

26

27

28

1    WHEREAS, there are five related shareholder derivative actions on behalf of Nominal

2    Defendant Sanmina-SCI Corporation ("Sanmina") pending in this district:

3

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

9    WHEREAS, the five related shareholder derivative actions arise out of the same transactions

10   and occurrences and involve the same or substantially similar issues of law and fact, and, therefore,

11   should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

12   WHEREAS, on August 4, 2006, Alaska Electrical Pension Fund and Helen G. McGowan

13   filed a Notice of Motion and Motion Consolidating Cases and for the Appointment of Lead

14   Plaintiffs, with its selection of Lerach Coughlin Stoia Geller Rudman & Robbin LLP as Lead

15   Counsel;

16   WHEREAS, on August 4, 2006, William Hergotz and Kenneth Saunders filed a Notice of

17   Motion and Motion to Consolidate Related Shareholder Actions and Appoint Lead Plaintiffs, Co-

18   Lead Counsel and Liaison Counsel, selecting the law firms of Schiffrin & Barroway, LLP and

19   Brodsky & Smith, LLC as Co-Lead Counsel;

20   WHEREAS, Nominal Defendant Sanmina takes no position as to the appointment of the

21   Alaska Electrical Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia

22   Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel;

23   WHEREAS, after meeting and conferring, all Lead Plaintiff applicants agree that Alaska

24   Electrical Pension Fund and William Hergotz should be appointed Lead Plaintiffs and Lerach

25   Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP should be appointed

26   Co-Lead Counsel;

27

28

1    WHEREAS, counsel for plaintiffs and Nominal Defendant Sanmina have met and conferred

2  and have agreed to a schedule for filing a Consolidated Complaint and for briefing any motion

3  directed at the Consolidated Complaint; and

4    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

5  efficiency, and will not cause prejudice to any party.

6    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and Nominal Defendant

7  Sanmina, through their respective counsel of record, as follows:

8  **I.    CONSOLIDATION OF ACTIONS**

9    1.    The following actions are hereby consolidated for all purposes, including pretrial

10  proceedings, trial and appeal:

11

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Hergotz v. Jure Sola, et al.* | C-06-03783-JF | June 15, 2006 |
| *Saunders v. Jure Sola, et al.* | C-06-03804-JF | June 16, 2006 |
| *Morin v. Jure Sola, et al.* | C-06-04260-RMW | July 11, 2006 |
| *Alaska Electrical Pension Fund v. Jure Sola, et al.* | C-06-04389-JW | July 18, 2006 |
| *Hallett, et al. v. Jure Sola, et al.* | C-06-04494-PVT | July 24, 2006 |

17    2.    The caption of these consolidated actions shall be "*In re Sanmina-SCI Corp.*

18  *Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

19  under Master File No. C-06-03783-JF. Any other actions now pending or later filed in this Court

20  which arise out of or are related to the same facts as alleged in the above-identified cases shall be

21  consolidated for all purposes, if and when they are brought to the Court's attention.

22    3.    Every pleading filed in the consolidated actions, or in any separate action included

23  herein, shall bear the following caption:

24

25

26

27

28

STIP AND [PROP] ORDER CONS CASES FOR ALL PURPOSES, APPTG LEAD PLTFS AND CO-
LEAD COUNSEL AND SET SCHED FOR FILING OF CONS COMPLAINT - C-06-3783-JF        - 2 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-03783-JF |
| This Document Relates To: | |

4.     When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-04389-JW, *Alaska Electrical Pension Fund v. Jure Sola, et al.*").

5.     A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.     When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7.     When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8.     When a case which properly belongs as part of *In re Sanmina-SCI Corp. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

STIP AND [PROP] ORDER CONS CASES FOR ALL PURPOSES, APPTG LEAD PLTFS AND CO-LEAD COUNSEL AND SET SCHED FOR FILING OF CONS COMPLAINT - C-06-3783-JF          - 3 -

1        (a)    Place a copy of this Order in the separate file for such action;

2        (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a

3 copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or

4 their counsel in the newly-filed or transferred case; and

5        (c)    Make an appropriate entry on the Master Docket. This Court requests the

6 assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any

7 case which properly might be consolidated as part of *In re Sanmina-SCI Corp. Derivative Litigation.*

8 **II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

9    9.    Plaintiffs Alaska Electrical Pension Fund and William Hergotz shall be appointed

10 Lead Plaintiffs.

11    10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and

12 Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated

13 *Sanmina* shareholder derivative actions.[1]

14    11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding

15 pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such

16 manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative

17 or unproductive effort.

18    12.    Co-Lead Counsel shall be responsible for coordination of all activities and

19 appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

20 motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

21 except through Co-Lead Counsel.

22    13.    Co-Lead Counsel also shall be available and responsible for communications to and

23 from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

24 service list of all parties and their respective counsel.

25

26 [1]    Nominal Defendant Sanmina takes no position as to the appointment of the Alaska Electrical
27 Pension Fund and William Hergotz as Lead Plaintiffs and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-Lead Counsel.

28

1    14.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

2    other duly authorized representatives of plaintiffs, and such agreements shall be binding on

3    plaintiffs.

4    **III.    SCHEDULE**

5    15.    Plaintiffs shall no later than 60 days from the entry of this Order file and serve a

6    Consolidated Complaint which will supersede all existing complaints filed in these actions.

7    Defendants need not respond to any of the pre-existing complaints. Service shall be effected with

8    respect to Nominal Defendant Sanmina by serving the Consolidated Complaint on counsel for

9    Nominal Defendant Sanmina.

10    16.    Nominal Defendant Sanmina shall answer or otherwise respond to the Consolidated

11    Complaint no later than 45 days from the date of service. In the event that Nominal Defendant

12    Sanmina files and serves any motion directed at the Consolidated Complaint, plaintiffs shall file and

13    serve their opposition within 45 days after the service of the motion. If Nominal Defendant Sanmina

14    files and serves a reply to plaintiffs' opposition, it will do so within 15 days after service of the

15    opposition.

16    IT IS SO STIPULATED.

17    DATED: August 18, 2006                    LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
18                                              SHAWN A. WILLIAMS
                                                MARIA V. MORRIS
19                                              MONIQUE C. WINKLER

20                                                      /s/
                                                MONIQUE C. WINKLER
21
                                                100 Pine Street, Suite 2600
22                                              San Francisco, CA  94111
                                                Telephone: 415/288-4545
23                                              415/288-4534 (fax)

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B.,

I hereby attest that ROBIN WINCHESTER have concurred in this filing.

DATED:  August 18, 2006

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
ROBIN WINCHESTER

                    /s/
            ROBIN WINCHESTER

280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B.,

I hereby attest that EVAN J. SMITH have concurred in this filing.

DATED:  August 18, 2006

BRODSKY & SMITH, LLC
EVAN J. SMITH

                    /s/
            EVAN J. SMITH

1
2                  9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: 310/300-8425
3                  310/247-0160 (fax)

4                  Counsel for Plaintiff Saunders

5       I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

6 this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

7 I hereby attest that BETSY C. MANIFOLD have concurred in this filing.

8
   DATED: August 18, 2006            WOLF HALDENSTEIN ADLER FREEMAN &
9                         HERZ LLP
BETSY C. MANIFOLD
10
                              /s/
11                         BETSY C. MANIFOLD

12                  Symphony Towers
750 B. Street, Suite 2770
13                  San Diego, CA 92101
Telephone: 619/239-4599
14                  619/234-4599 (fax)

15                  Counsel for Plaintiff Morin

16       I, Monique C. Winkler, am the ECF User whose ID and password are being used to file

17 this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B.,

18 I hereby attest that NORMAN J. BLEARS have concurred in this filing.

19
   DATED: August 18, 2006            HELLER EHRMAN LLP
20                         NORMAN J. BLEARS
MICHAEL L. CHARLSON
21                  NICOLE M. RYAN

22

23                              /s/
                         NORMAN J. BLEARS
24

25

26

27

28

1

2          275 Middlefield Road
           Menlo Park, CA  94025
3          Telephone:  650/324-7000
           650/324-0638 (fax)

4          Counsel for Nominal Defendant Sanmina-SCI
           Corporation

5
                        *        *        *

6
                          **O R D E R**

7
         PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9    DATED:      8/31/06

10                        THE HONORABLE JEREMY FOGEL
                          UNITED STATES DISTRICT JUDGE

11   T:\casesSF\sanmina\STP00033927.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2      I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7

8                                             /s/
                                    MONIQUE C. WINKLER

9                             LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
10                             100 Pine Street, Suite 2600
                               San Francisco, CA  94111
11                             Telephone:  415/288-4545
                               415/288-4534 (fax)
12                             E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 5:06-cv-03783-JF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com
  susan.griffinpreston@hellerehrman.com;karen.strong@hellerehrman.com;jennifer.cygnor@hellere

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Betsy C. Manifold**
  manifold@whafh.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Eric L. Zagar**
  ezagar@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G Smith
Schiffrin & Barroway LLP
280 King of Purssia Rd
Rannor, PA 19087
```

# EXHIBIT E

1    LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2    WILLIAM S. LERACH (68581)
     DARREN J. ROBBINS (168593)
3    TRAVIS E. DOWNS III (148274)
     655 West Broadway, Suite 1900
4    San Diego, CA  92101
     Telephone:  619/231-1058
5    619/231-7423 (fax)
     bill@lerachlaw.com
6    darrenr@lerachlaw.com
     travisd@lerachlaw.com
7         – and –
     SHAWN A. WILLIAMS (213113)
8    MARIA V. MORRIS (223903)
     MONIQUE C. WINKLER (213031)
9    100 Pine Street, Suite 2600
     San Francisco, CA  94111
10   Telephone:  415/288-4545
     415/288-4534 (fax)
11   swilliams@lerachlaw.com
     mariam@lerachlaw.com
12   moniquew@lerachlaw.com

13   SCHIFFRIN & BARROWAY, LLP
     ERIC L. ZAGAR
14   SEAN M. HANDLER
     280 King of Prussia Road
15   Radnor, PA  19087
     Telephone:  610/667-7706
16   610/667-7056 (fax)
     ezagar@sbclasslaw.com
17   shandler@sbclasslaw.com

18

19   [Proposed] Co-Lead Counsel for Plaintiffs

20                    UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22                         SAN JOSE DIVISION

23   VIKEN KALINDJIAN, Derivatively on Behalf)    No. C-06-3440-JF
     of Nominal Defendant TRIDENT            )
24   MICROSYSTEMS, INC.                      )    STIPULATION AND [PROPOSED] ORDER
                                             )    CONSOLIDATING CASES FOR ALL
25                      Plaintiff,           )    PURPOSES, APPOINTING LEAD
                                             )    PLAINTIFFS AND CO-LEAD COUNSEL
26        vs.                                )    AND SETTING SCHEDULE FOR FILING
                                             )    OF CONSOLIDATED COMPLAINT
27   GLEN M. ANTLE, JUNG-HERNG CHANG, )
     YASUSHI CHIKAGAMI, PETER JEN,    )
28   FRANK C. LIN, GERRY LIU, JOHN LUKE, )

     STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
     & CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF       - 1 -

1  AMIR MASHKOORI, MILLARD PHELPS,   )
   and W. STEPHEN ROWE,              )
2                                    )
                    Defendants,      )
3                                    )
        – and –                      )
4                                    )
   TRIDENT MICROSYSTEMS, INC.,       )
5                                    )
                    Nominal Defendant. )
6  _____   )

7
   TO BE CONSOLIDATED WITH
8
   GERALD W. KEENEY, Derivatively on )    No. C-06-4329-JF
9  Behalf of TRIDENT MICROSYSYSTEMS, )
   INC.,                             )
10                                   )
                    Plaintiff,       )
11                                   )
        vs.                          )
12                                   )
   FRANK C. LIN, PETER JEN, JOHN S.  )
13 EDMUNDS, JUNG-HERNG CHANG,        )
   YASUSHI CHIKAGAMI, MILLARD        )
14 PHELPS, GLEN M. ANTLE and JOHN    )
   LUKE,                             )
15                                   )
                    Defendants,      )
16                                   )
        – and –                      )
17                                   )
   TRIDENT MICROSYSTEMS, INC., a     )
18 Delaware corporation,             )
                                     )
19                  Nominal Defendant. )
   _____   )
20

21         WHEREAS, there are two related shareholder derivative actions on behalf of Nominal

22 Defendant Trident Microsystems, Inc. pending before this Court:

   | Abbreviated Case Name | Case Number | Date Filed |
   | --- | --- | --- |
   | *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
   | *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

25         WHEREAS, the two related *Trident Microsystems* shareholder derivative actions arise out of

26 the same transactions and occurrences and involve the same or substantially similar issues of law and

27 fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

28

1    WHEREAS, plaintiffs and defendants agree that any other actions filed in or transferred to

2    this Court which arise out of or relate to the same facts as alleged in the above-referenced actions

3    should be consolidated for all purposes under Fed. R. Civ. P. 42(a).

4    WHEREAS, plaintiffs and defendants agree that judicial economy will be served by the entry

5    of a schedule for the filing of answers or other responses to the Consolidated Complaint.

6    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through

7    their respective counsel of record, as follows:

8    **I.    CONSOLIDATION OF ACTIONS**

9    1.    The following actions are hereby consolidated for all purposes, including pretrial

10    proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Kalindjian v. Antle, et al.* | C-06-3440-JF | 05/26/06 |
| *Keeney v. Lin, et al.* | C-06-4329-JF | 07/14/06 |

2.    The caption of these consolidated actions shall be "*In re Trident Microsystems, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-3440-JF. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.    Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

4   In re TRIDENT MICROSYSTEMS,                 )
    Inc., DERIVATIVE LITIGATION                 )        Master File No. C-06-3440-JF
5                                               )
                                                )
6   _____        )
                                                )
    This Document Relates To:                   )
7   _____        )

8       4.      When a pleading is intended to be applicable to all actions governed by this Order,

9   the words "All Actions" shall appear immediately after the words "This Document Relates To": in

10  the caption set out above. When a pleading is intended to be applicable to only some, but not all, of

11  the consolidated actions, this Court's docket number for each individual action to which the pleading

12
    is intended to be applicable and the abbreviated case name of said action shall appear immediately
13
    after the words "This Document Relates To": in the caption described above (e.g., "No. C-06-3440-
14
15  JF, *Kalindjian v. Antle, et al.*").

16      5.      A Master Docket and a Master File hereby are established for the above consolidated

17  proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall

18  continue to be maintained for each of the individual actions hereby consolidated, and entries shall be

19
    made in the docket of each individual case in accordance with the regular procedures of the clerk of
20
    this Court, except as modified by this Order.
21

22      6.      When a pleading is filed and the caption shows that it is applicable to "All Actions,"

23  the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No

24  further copies need be filed, and no other docket entries need be made.

25      7.      When a pleading is filed and the caption shows that it is to be applicable to fewer than

26  all of the consolidated actions, the clerk will file such pleading in the Master File only but shall

27
    docket such filing on the Master Docket and the docket of each applicable action.
28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 4 -

8.    When a case which properly belongs as part of *In re Trident Microsystems, Inc.*
*Derivative Litigation* is filed in this Court or transferred to this Court from another court, the clerk of
this Court shall:

(a)    Place a copy of this Order in the separate file for such action;

(b)    Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a
copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or
their counsel in the newly filed or transferred case; and

(c)    Make an appropriate entry on the Master Docket.  This Court requests the
assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any
case which properly might be consolidated as part of *In re Trident Microsystems, Inc. Derivative*
*Litigation.*

**II.    APPOINTMENT OF LEAD PLAINTIFFS AND CO-LEAD COUNSEL**

It is further stipulated by plaintiffs only that:

9.    Plaintiffs, Viken Kalindjian and Gerald W. Keeney shall be appointed Lead Plaintiffs.

10.    The law firms of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and
Schiffrin & Barroway, LLP shall be appointed Co-Lead Counsel for plaintiffs in the consolidated
*Trident Microsystems* shareholder derivative actions.

11.    Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding
pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such
manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative
or unproductive effort.

12.    Co-Lead Counsel shall be responsible for coordination of all activities and
appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No

1  motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs

2  except through Co-Lead Counsel.

3          13.    Co-Lead Counsel also shall be available and responsible for communications to and

4  from this Court. Co-Lead Counsel shall be responsible for the creation and maintenance of a master

5

6  service list of all parties and their respective counsel.

7          14.    Defendants take no position on the appointment of Lead Plaintiffs or Co-Lead

8  Counsel.

9          15.    Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or

10  other duly authorized representatives of plaintiffs, and such agreements shall be binding on

11  plaintiffs.

12  **III.    SCHEDULE**

13

14          16.    Plaintiffs shall have 60 days from the entry of this Order to file and serve a

15  Consolidated Complaint which will supersede all existing complaints filed in these actions.

16  Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of

17  the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants,

18  or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with

19  respect to any defendant named in any of the consolidated actions by serving the Consolidated

20  Complaint on that defendant's counsel.

21

22          17.    Each defendant shall answer or otherwise respond to the Consolidated Complaint no

23  later than 45 days from the date of service. In the event that defendants file and serve any motion

24  directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days

25

26

27

28

1   after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2   they will do so within 15 days after service of the opposition.

3   DATED: August 31, 2006                    LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
4                                              SHAWN A. WILLIAMS
                                               MARIA V. MORRIS
5                                              MONIQUE C. WINKLER

6

7                                                         /s/
                                               ────────────────────────────
8                                               MONIQUE C. WINKLER

9                                              100 Pine Street, Suite 2600
                                               San Francisco, CA 94111
10                                             Telephone: 415/288-4545
                                               415/288-4534 (fax)
11
                                               LERACH COUGHLIN STOIA GELLER
12                                                 RUDMAN & ROBBINS LLP
                                               WILLIAM S. LERACH (68581)
13                                             DARREN J. ROBBINS (168593)
                                               TRAVIS E. DOWNS III (148274)
14                                             655 West Broadway, Suite 1900
                                               San Diego, CA 92101
15                                             Telephone: 619/231-1058
                                               619/231-7423 (fax)
16
                                               [Proposed] Co-Lead Counsel for Plaintiffs
17
18          I, MONIQUE C. WINKLER, am the ECF User whose ID and password are being used to

19   file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45,

20   X.B., I hereby attest that ROBIN WINCHESTER have concurred in this filing.

21

22   DATED: August 31, 2006                    SCHIFFRIN & BARROWAY, LLP
                                               SEAN M. HANDLER
23                                             ROBIN WINCHESTER

24

25                                                        /s/
                                               ────────────────────────────
                                               ROBIN WINCHESTER
26
                                               280 King of Prussia Road
27                                             Radnor, PA 19087
                                               Telephone: 610/667-7706
28                                             610/667-7056 (fax)

1  after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition,

2  they will do so within 15 days after service of the opposition.

3  DATED: August ___, 2006          LERACH COUGHLIN STOIA GELLER
4                                   RUDMAN & ROBBINS LLP
                                    SHAWN A. WILLIAMS
5                                   MARIA V. MORRIS
                                    MONIQUE C. WINKLER
6

7
8                                   _____
                                    MONIQUE C. WINKLER
9                                   100 Pine Street, Suite 2600
                                    San Francisco, CA 94111
10                                  Telephone: 415/288-4545
                                    415/288-4534 (fax)
11

12                                  LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                    WILLIAM S. LERACH (68581)
13                                  DARREN J. ROBBINS (168593)
                                    TRAVIS E. DOWNS III (148274)
14                                  655 West Broadway, Suite 1900
                                    San Diego, CA 92101
15                                  Telephone: 619/231-1058
                                    619/231-7423 (fax)
16
                                    [Proposed] Co-Lead Counsel for Plaintiffs
17
18  DATED: August ___, 2006          SCHIFFRIN & BARROWAY, LLP
                                    SEAN M. HANDLER
19                                  ROBIN WINCHESTER
20

21                                  _____
                                    ROBIN WINCHESTER
22                                  280 King of Prussia Road
                                    Radnor, PA 19087
23                                  Telephone: 610/667-7706
                                    610/667-7056 (fax)
24
                                    [Proposed] Co-Lead Counsel for Plaintiffs
25  DATED: August 2?, 2006           SHEARMAN & STERLING LLP
26                                  JEFFREY S. FACTER
27
28                                  _____
                                    JEFFREY S. FACTER

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF     - 7 -

1

2    525 Market Street
     San Francisco, CA 94105
3    Telephone: 415/616-1100
     415/616-1199 (fax)

4    Counsel for Defendant Frank C. Lin

5    DATED: August 30, 2006    HOWARD RICE NEMEROVSKI CANADY
                               FALK & RABKIN, A Professional Corporation
6                              SARAH A. GOOD
                               JIN H. KIM
7

8    _____
                          JIN H. KIM
9
                               Three Embarcadero Center, Seventh Floor,
10                             San Francisco, CA 94111-4024
                               Telephone: 415/434-1600
11                             415/217-5910 (fax)

12                             Counsel for Defendants Glen M. Antle, Jung-
                               Herng Chang, Yasushi Chikagami, Peter Jen,
13                             Gerry Liu, John Luke, Amir Mashkoori, Millard
                               Phelps, and W. Steven Rowe
14

15   DATED: August__,2006     PILLSBURY WINTHROP SHAW
                               PITTMAN, LLP
16                             CHARLES J. LANDY
                               WALTER J. ROBINSON
17                             THOMAS G. ALLEN

18
                               _____
19                                  WALTER J. ROBINSON

20                             2475 Hanover Street
                               Palo Alto, CA 94304-1114
21                             Telephone: 650/233-4500
                               650/233-4545 (fax)

22                             PILLSBURY WINTHROP SHAW
                               PITTMAN, LLP
23                             CHARLES J. LANDY
                               THOMAS G. ALLEN
24                             2300 N Street N.W.
                               Washington D.C. 20037
25                             Telephone: 202/663-8000
                               202/663-8007 (fax)
26

27                             Counsel for Defendant John S. Edmunds

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF    - 8 -

1

2          525 Market Street
           San Francisco, CA 94105
3          Telephone: 415/616-1100
           415/616-1199 (fax)

4          Counsel for Defendant Frank C. Lin

5    DATED: August __, 2006          HOWARD RICE NEMEROVSKI CANADY
                                      FALK & RABKIN, A Professional Corporation
6                                     SARAH A. GOOD
                                      JIN H. KIM
7

8          _____
                         JIN H. KIM
9

10         Three Embarcadero Center, Seventh Floor,
           San Francisco, CA 94111-4024
11         Telephone: 415/434-1600
           415/217-5910 (fax)

12         Counsel for Defendants Glen M. Antle, Jung-
           Herng Chang, Yasushi Chikagami, Peter Jen,
13         Gerry Liu, John Luke, Amir Mashkoori, Millard
           Phelps, and W. Steven Rowe
14

15   DATED: August 29, 2006          PILLSBURY WINTHROP SHAW
                                      PITTMAN, LLP
16                                    CHARLES J. LANDY
                                      WALTER J. ROBINSON
17                                    THOMAS G. ALLEN

18         _____
                   WALTER J. ROBINSON
19

20         2475 Hanover Street
           Palo Alto, CA 94304-1114
21         Telephone: 650/233-4500
           650/233-4545 (fax)

22         PILLSBURY WINTHROP SHAW
           PITTMAN, LLP
23         CHARLES J. LANDY
           THOMAS G. ALLEN
24         2300 N Street N.W.
           Washington D.C. 20037
25         Telephone: 202/663-8000
           202/663-8007 (fax)
26

27         Counsel for Defendant John S. Edmunds

28

STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
& CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 8 -

1    DATED: August 31, 2006                    DLA PIPER RUDNICK GRAY CARY
                                               SHIRLI FABBRI WEISS
2                                              DAVID F. GROSS

3                                              _____
                                                       DAVID F. GROSS
4

5
                                               153 Townsend Street, Suite 800
6                                              San Francisco, CA 94107
                                               Telephone: 415/836-2562
7                                              415/836-2501 (fax)

8                                              Counsel for Nominal Defendant Trident
                                               Microsystems, Inc.
9

10                          *        *        *

11                                   O R D E R

12        PURSUANT TO STIPULATION, IT IS SO ORDERED.

13   DATED:        9/5/06        _____
                                               THE HONORABLE JEREMY FOGEL
14                                             UNITED STATES DISTRICT JUDGE

15   t:\casessf\trident deriv\stip00033423.doc

16

17

18

19

20

21

22

23

24

25

26

27

28

     STIP & [PROPOSED] ORDER CONSOL CASES FOR ALL PURPOSES, APPOINTING LEAD PLTFS
     & CO-LEAD COUNSEL & SETTING SCHED FOR FILING OF CONSOL COMP - C-06-3440-JF        - 9 -

1                          CERTIFICATE OF SERVICE

2          I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of

3     the Court using the CM/ECF system which will send notification of such filing to the e-mail

4     addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5     mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6     participants indicated on the attached Manual Notice List.

7
                                              /s/ Monique C. Winkler
8                                            MONIQUE C. WINKLER

9                                    LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
10                                   100 Pine Street, Suite 2600
                                     San Francisco, CA 94111
11                                   Telephone: 415/288-4545
                                     415/288-4534 (fax)
12                                   E-mail: moniquew@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28