```
1   SCHIFFRIN BARROWAY
    TOPAZ & KESSLER, LLP
2   Alan R. Plutzik, Of Counsel (Bar No. 077785)
    Robert M. Bramson, Of Counsel (Bar No. 102006)
3   L. Timothy Fisher, Of Counsel (Bar No. 191626)
    2125 Oak Grove Road, Suite 120
4   Walnut Creek, California 94589
    Telephone: (925) 945-0770
5   Facsimile: (925) 945-8792
6       -and-
7   Eric L. Zagar
    Robin Winchester
8   Nichole Browning
    J. Daniel Albert
9   280 King of Prussia Road
    Radnor, PA 19087
10  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
11
12  Attorneys for Proposed Lead Plaintiffs Walter
    and Forseth and Proposed Lead Counsel
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| RALPH WILDER, Derivatively on Behalf of SONIC SOLUTIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN,<br><br>Defendants,<br><br>and<br><br>SONIC SOLUTIONS, INC.<br><br>Nominal Defendant. | Case No. C 07-01500 CW<br><br>**MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER**<br><br>Date: August 7, 2007<br>Time: 2:00 p.m.<br>Before: Hon. Claudia Wilken |

| | | |
|---|---|---|
| 1 | ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) ) ) Case No. C 07-02344 CW |
| 2 | | ) |
| 3 | Plaintiff, v. | ) ) ) |
| 4 | ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN, | ) ) ) ) ) ) ) |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Defendants, | ) ) |
| 9 | and | ) |
| 10 | SONIC SOLUTIONS, | ) ) |
| 11 | Nominal Defendant. | ) ) |
| 12 | | |
| 13 | JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS, | ) ) ) Case No. C 07-03178 CW |
| 14 | Plaintiff, | ) ) |
| 15 | v. | ) |
| 16 | ROBERT J. DORIS, MARY C. SAUER, JAMES A. MOORER, MICHAEL C. CHILD, ROBERT M. GREBER, PETER J. MARGUGLIO, R. WARREN LANGLEY, A. CLAY LEIGHTON, KIRK PAULSEN, MICHAEL J. COSTELLO and CHRISTOPHER A. KRYZAN, | ) ) ) ) ) ) ) |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants, | ) ) |
| 21 | and | ) |
| 22 | SONIC SOLUTIONS, | ) ) |
| 23 | Nominal Defendant. | ) ) |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER
CASE NO C 07-01500 CW

2

| | |
|---|---|
| SAMMY K. DOOLITTLE, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>        Plaintiff,<br>    v.<br><br>ROBERT J. DORIS, DAVID C. HABIGER, MARY C. SAUER, A. CLAY LEIGHTON, MARK ELY, ROBERT M. GREBER, PETER J. MARGUGLIO, and R. WARREN LANGLEY,<br><br>        Defendants,<br><br>    and<br><br>SONIC SOLUTIONS,<br><br>        Nominal Defendant. | Case No. C 07-03361 BZ |

MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER
CASE NO C 07-01500 CW

3

Derivative plaintiffs Andrew Walter and James Forseth respectfully submit this memorandum of law in further support of their motion to consolidate the related actions, appoint themselves as Lead Plaintiffs and approve their selection of Lead Counsel, and in opposition to the motion filed by plaintiffs Sammy K. Doolittle and Ralph D. Wilder for their appointment as Lead Plaintiffs and appointment of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, as Lead Counsel.[1]

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

A plaintiff who leads a shareholder's derivative suit occupies a position "of a fiduciary character," in which "[t]he interests of all in the redress of the wrongs are taken into his hands, dependent upon his diligence, wisdom and integrity." *Cohen v. Beneficial Loan Corp.*, 337 U.S. 541 (1949). Thus, "[p]ursuant to Fed. R. Civ. P. 23.1, a plaintiff bringing a derivative shareholder action must be qualified to serve in a fiduciary capacity as a representative of the class of stockholders, whose interest is dependent upon the representative's adequate and fair prosecution of the action." *Bender v. Parks*, 2004 U.S. Dist. LEXIS 17090, at *11 (D.D.C. Jan. 15, 2004) (citation omitted); *see Larson v. Dumke*, 900 F.2d 1363, 1367 (9th Cir. 1990) (discussing qualities necessary to satisfy adequacy of a proposed derivative plaintiff). Currently, there are two motions pending filed by: (1) plaintiffs Andrew Walter ("Mr. Walter") and James Forseth ("Mr. Forseth"), who request their appointment as Lead Plaintiffs and the appointment of their selection of the law firm of Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin Barroway) as Lead Counsel; and (2) plaintiffs Ralph Wilder ("Mr. Wilder") and Sammy Doolittle ("Mr. Doolittle"), who request their appointment as Lead Plaintiffs and the appointment of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") as Lead Counsel.

Here, for the reasons stated herein, of the competing lead plaintiff movants, Messrs.

---

[1] All movants agree that consolidation of these actions is proper, thus, that aspect of the competing motions is unopposed.

MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER
CASE NO C 07-01500 CW

4

Walter and Forseth are most capable of "act[ing] in the stead of the corporation, as a corporate surrogate seeking vindication of a corporate right" as they will ensure that Defendants are held accountable for their improper options backdating scheme. *Sweet v. Bermingham*, 65 F.R.D. 551, 553 (S.D.N.Y. 1975). In the alternative, should this Court deem it appropriate, Messrs. Walter and Forseth should be appointed as Co-Lead Plaintiffs with the other competing Lead Plaintiff movants and their counsel, Schiffrin Barroway should be appointed as Co-Lead Counsel with Lerach Coughlin.

## II. MESSRS. WALTER AND FORSETH SHOULD BE APPOINTED AS LEAD PLAINTIFFS

In considering the appointment of a lead plaintiff in a shareholder derivative action, courts readily assess which movant will adequately serve the interests of the derivative plaintiffs and the nominal defendant. *Millman v. Brinkley*, 2004 U.S. Dist. LEXIS 20113, *8 (N.D. Ga. Oct. 1, 2004). The various factors that courts consider include: (1) the quality of the pleadings; (2) the vigorousness of the prosecution of the lawsuits; and (3) whether plaintiffs are represented by capable counsel. *Millman*, 2004 U.S. Dist. LEXIS 20113, at *9-11; *Dollens v. Zionts*, 2001 U.S. Dist. LEXIS 19966, *13-19 (N.D. Ill. Dec. 4, 2001). An evaluation of these factors supports the appointment of Messrs. Walter and Forseth as Lead Plaintiffs.

Here, within a few weeks of one another, plaintiffs Mr. Walter and Mr. Wilder each filed complaints on behalf of Sonic Solutions, Inc. ("Sonic" or the "Company"). Shortly thereafter Mr. Forseth and Mr. Doolittle also filed complaints on behalf of Sonic. Each of the complaints seeks to remedy defendants' breaches of fiduciary duty, unjust enrichment, statutory violations, and other violations of law arising out of defendants' conduct of authorizing the backdating of stock option grants to Sonic's top executives at the expense of Sonic and its shareholders. However, in addition to the foregoing, Mr. Forseth's complaint also includes a unique allegation pursuant to California Corporations Code § 600(c) for the Company's Board of Directors' failure to hold a statutorily required shareholder meeting within the requisite time period – an allegation

MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER
CASE NO C 07-01500 CW

5

not found in either Mr. Wilder's or Mr. Doolittle's complaints. The inclusion of this additional valuable claim not only demonstrates that the complaints filed by Messrs. Walter and Forseth are superior to those of the other competing movants' but also demonstrates Messrs. Walter's and Forseth's dedication to vigorously prosecute defendants for *all* violations of law which have caused injury to Sonic and its shareholders. Further, Messrs. Walter and Forseth, through their counsel, Schiffrin Barroway, have also hired a forensic investigator to assist in litigation strategy. Thus, for all the foregoing reasons, Messrs. Walter and Forseth should be appointed as Lead Plaintiffs.

### III. THE COURT SHOULD APPOINT SCHIFFRIN BARROWAY AS LEAD COUNSEL

In selecting Lead Counsel, the "guiding principle" is who will "best serve the interest of the plaintiffs." *Millman*, 2004 U.S. Dist. LEXIS 20113 at * 9. Here, Schiffrin Barroway will best serve the interests of all plaintiffs. As fully set forth in Messrs. Walter's and Forseth's opening memorandum, Schiffrin Barroway has a long and proven track record of successfully prosecuting complex shareholder actions, like this one, in both state and federal courts across the country, including serving in a leadership capacity in a numerous derivative cases in the State of California. Moreover, with an office in Walnut Creek, California, Schiffrin Barroway has the distinction of being one of the leading law firms which has specialized in prosecuting claims relating to options backdating, seeking not only to hold the directors and officers responsible for their past misconduct but also to ensure that proper corporate reform is instituted so that these practices are finally eliminated. In light of their extensive record of success in shareholder litigation, their expertise in options backdating litigation, and their vigorous, high-quality prosecution of this action, the Court should appoint Schiffrin Barroway as Lead Counsel. In the alternative, Schiffrin Barroway and Lerach Coughlin should be appointed as Co-Lead Counsel as both firms have demonstrated an ability to work efficiently together in a number of similar cases
MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER
CASE NO C 07-01500 CW

6

based upon defendants' backdating of stock options.[2]

Dated: July 12, 2007

                                    Respectfully Submitted,

                                    SCHIFFRIN BARROWAY
                                    TOPAZ & KESSLER, LLP

                                    /s/ Alan R. Plutzik
                                    Alan R. Plutzik, Of Counsel (Bar No. 077785)
                                    Robert M. Bramson, Of Counsel (Bar No. 102006)
                                    L. Timothy Fisher, Of Counsel (Bar No. 191626)
                                    2125 Oak Grove Road, Suite 120
                                    Walnut Creek, California 94598
                                    Telephone: (925) 945-0770
                                    Facsimile: (925) 945-8792

                                 -and-

                                    Eric L. Zagar
                                    Robin Winchester
                                    Nichole Browning
                                    J. Daniel Albert
                                    280 King of Prussia Road
                                    Radnor, PA 19087
                                    Telephone: (610) 667-7706
                                    Facsimile: (610) 667-7056

                                    Attorneys for Plaintiffs Walter and Forseth and
                                    Proposed Lead Counsel

---

[2] *See, e.g. In re Ditech Networks, Inc., Derivative Litigation*, Master File No. C 06-06-05157 JF (N.D. Cal. Nov. 29, 2006) (order appointing Schiffrin Barroway and Lerach Couglin as Co-Lead Counsel in derivative options backdating litigation)(Winchester Decl. at Exhibit A); *Dossett v. Cline, et al.*, Master File No. 5:06-cv-03484 JF (N.D. Cal. July 13, 2006) (same) (Winchester Decl. at Exhibit B); *Chu v. Hughes, et al.*, Master File No. C 06-3513 JF MHP (N.D. Cal. Aug. 10, 2006) (same) (Winchester Decl. at Exhibit C); *Hergotz v. Sola, et al.*, Master File No. C 06-3783 JF (N.D. Cal. Aug. 31, 2006) (same) (Winchester Decl. at Exhibit D); *Kalindjian v. Antle, et al.*, Master File No. C 06-3440 JF (N.D. Cal. Sept. 6, 2006) (same) (Winchester Decl. at Exhibit E).

MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFS ANDREW WALTER AND JAMES FORSETH'S MOTION TO CONSOLIDATE CASES AND TO APPOINT LEAD PLAINTIFFS AND LEAD COUNSEL, AND IN OPPOSITION TO THE MOTION OF SAMMY K. DOOLITTLE AND RALPH D. WILDER
CASE NO C 07-01500 CW

    7