1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | JOHN K. GRANT (169813)
    SHAWN A. WILLIAMS (213113)
3 | MONIQUE C. WINKLER (213031)
    AELISH M. BAIG (201279)
4 | 100 Pine Street, Suite 2600
    San Francisco, CA 94111
5 | Telephone: 415/288-4545
    415/288-4534 (fax)
6 | johng@lerachlaw.com
    shawnw@lerachlaw.com
7 | mwinkler@lerachlaw.com
    abaig@lerachlaw.com

[Proposed] Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RALPH D. WILDER, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>      Plaintiff,<br><br> vs.<br><br>ROBERT J. DORIS, et al.,<br><br>      Defendants,<br><br> – and –<br><br>SONIC SOLUTIONS, a California corporation,<br><br>      Nominal Defendant. | No. C-07-1500-CW<br><br>DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS SAMMY K. DOOLITTLE AND RALPH D. WILDER'S OPPOSITION TO PLAINTIFF ANDREW WALTER'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL<br><br>DATE: August 2, 2007<br>TIME: 2:00 p.m.<br>COURTROOM: The Honorable Claudia Wilken |

[Caption continued on following page.]

| | | |
|---|---|---|
| ANDREW WALTER, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　　Defendants,<br>　– and –<br>SONIC SOLUTIONS,<br><br>　　　　　　　　Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C-07-02344-CW |
| JAMES FORSETH, Derivatively on Behalf of Nominal Defendant SONIC SOLUTIONS,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　　Defendants,<br>　– and –<br>SONIC SOLUTIONS,<br><br>　　　　　　　　Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C-07-03178-CW |
| SAMMY K. DOOLITTLE, Derivatively on Behalf of SONIC SOLUTIONS,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT J. DORIS, et al.,<br><br>　　　　　　　　Defendants,<br>　– and –<br>SONIC SOLUTIONS,<br><br>　　　　　　　　Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C-07-03361-CW |

1   I, Shawn A. Williams, declare as follows:

2   1.   I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel of record for plaintiffs Sammy K. Doolittle and Ralph D. Wilder in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   Attached are true and correct copies of the following exhibits:

Exhibit A:   *Theodore R. Kornreich Revocable Trust v. Barnholt*, No. C 06-03345 JW, Order Consolidating Related Derivative Cases and Appointing Lead Plaintiff and Lead Counsel (N.D. Cal. Oct. 23, 2006);

Exhibit B:   *Hutton v. McAdam*, No. C06-0794RSL, Stipulation and Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule for Filing of Consolidated Complaint (W.D. Wash. Oct. 3, 2006); and

Exhibit C:   *In re OM Group, Inc. Sec. Litig.*, No. 1:02 CV 2163, Order (N.D. Ohio Mar. 17, 2003).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of July, 2007, at San Francisco, California.

/s/
SHAWN A. WILLIAMS

T:\CasesSF\Sonic Solutions\DEC00043425.doc

WILLIAMS DECL IN SUPP OF PLTFS SAMMY K. DOOLITTLE & RALPH D. WILDER'S OPP TO PLTF ANDREW WALTER'S MTN TO APPT LEAD PLAINTIFF & LEAD COUNSEL - C-07-1500-CW       - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2007.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@lerachlaw.com

# Mailing Information for a Case 4:07-cv-03178-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **John K. Grant**
  johnkg@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchest

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
J. Daniel Albert
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Nichole Browning
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Alan R Plutzik
Schiffrin Barroway Topaz & Kessler, LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598
```