IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH D. WILDER, derivatively on Behalf of SONIC SOLUTIONS,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT J. DORIS, et al.,<br><br>        Defendants<br><br>and<br><br>SONIC SOLUTIONS, a California corporation,<br><br>        Nominal Defendant.<br>_____/ | No. C 07-1500 CW<br>[Related Case Nos.<br>C 07-2344-CW,<br>C 07-3178-CW,<br>C 07-3361-CW]<br><br>ORDER GRANTING MOTIONS TO CONSOLIDATE ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL |

    Pending before this Court are four related shareholder derivative actions brought by shareholders of nominal Defendant Sonic Solutions.[1]  Plaintiffs in these actions have filed motions

---

[1] The four cases are

| CASE NAME | CASE NUMBER | FILING DATE |
|---|---|---|
| Wilder v. Doris | 07-1500-CW | March 15, 2007 |
| Walter v. Doris | 07-2344-CW | April 30, 2007 |
| Forseth v. Doris | 07-3178-CW | June 15, 2007 |
| Doolittle v. Doris | 07-3361-CW | June 26, 2007 |

1  to consolidate all the related shareholder derivative actions.
2  Plaintiffs Andrew Walter and James Forseth have filed a motion to
3  be appointed as lead plaintiffs and to appoint their law firm,
4  Schiffrin Barroway Topaz & Kessler, LLP (Schiffrin), as lead
5  counsel.  Plaintiffs James Doolittle and Ralph Wilder withdrew
6  their motion to be appointed lead plaintiff and to appoint their
7  law firm lead counsel, and withdrew their opposition to Walter and
8  Forseth's motion.  Defendant Robert Doris has not filed any papers
9  taking a position on consolidation or the appointment of lead
10 plaintiff and lead counsel.

11     The Court consolidates the four cases pursuant to Federal Rule
12 of Civil Procedure 42(a).  All further documents shall be filed in
13 case number C 07-1500 CW, <u>Wilder v. Doris, et al.</u>  Having
14 considered all of the papers filed by the parties, the Court finds
15 that Plaintiffs Walter and Forseth "fairly and adequately represent
16 the interests of the shareholders."  Pursuant to Federal Rule of
17 Civil Procedure 23.1, the Court appoints Walter and Forseth as lead
18 Plaintiffs.  The Court is satisfied that lead Plaintiff's counsel,
19 Schiffrin, is highly qualified to serve as lead counsel.  Pursuant
20 to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Schiffrin as
21 lead counsel
22     IT IS SO ORDERED.

24 Dated: 8/2/07

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2